PENNS GROVE–CARNEYS POINT EDUCATION ASSOCIATION
v. BOARD OF EDUCATION OF PENNS GROVE–CARNEYS
POINT REGIONAL DISTRICT, ET AL.

June 17, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 115)

L.S. VILLAGE, INC. v. TOWNSHIP OF LAWRENCE.

June 17, 1986.

Petition for certification denied.

EMORY GHANA, ETC. v. JAMES ZAZZALI.

June 17, 1986.

Petition for certification denied.